IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00084-RJC-DSC

| | |
|---|---|
| WILSON TRUCKING CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IMAAN INTERNATIONAL, INC. et al., ) <br> ) <br> Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the parties' "Consent Motion to Extend the Stay Pending Private Mediation" (document #35). Having considered the Motion, it is **GRANTED IN PART and DENIED IN PART**.

**IT IS HEREBY ORDERED** that:

1. The **STAY** of this matter is continued through September 30, 2017.

2. The parties shall file a status report at the conclusion of mediation but no later than September 30, 2017.

3. If mediation is unsuccessful, the parties shall submit proposed new deadlines.

4. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 18, 2017

David S. Cayer
United States Magistrate Judge